UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ME2 PRODUCTIONS, INC.,<br><br>Plaintiff(s),<br><br>v.<br><br>STEPHEN COPPOCK, et al.,<br><br>Defendant(s). | Case No. 2:17-CV-676 JCM (NJK)<br><br>ORDER |

Presently before the court is Magistrate Judge Koppe's report and recommendation following an order to show cause as to why the defendants should not be severed and all but the first-named defendant dismissed. (ECF No. 17). Plaintiff ME2 Productions, Inc., filed an objection. (ECF No. 20). Defendants have not filed a response, and the time to do so has since passed.

Also before the court is plaintiff's motion for entry of clerk's default. (ECF No. 26).

The present case is one of many filed by plaintiff against numerous Doe defendants. Exhibit 1 to ME2's objection contains its memorandum and points of authority to support its objections to the instant report and recommendation. (ECF No. 20-1). The exhibit is a carbon copy of plaintiff's objections in the case of *ME2 Productions, Inc. v. Bayu*, case no. 2:17-cv-00724-JCM-NJK. The court issued an order in *Bayu* that adopted Magistrate Judge Koppe's report and recommendation in that case and severed all but the first-named defendant. For the same reasons, the court finds severance here is appropriate. The remaining first-named defendant, who will not be dismissed, is Stephen Coppock.

Plaintiff's motion for entry of clerk's default names defendant Stephen Coppock among other defendants. (ECF No. 26). The motion will be denied in part as moot with regard to all

**James C. Mahan**
**U.S. District Judge**

1 defendants other than Stephen Coppock. The motion will be granted in part with regard to
2 defendant Coppock.

3 Plaintiff filed the operative amended complaint in this matter on June 7, 2017. (ECF No.
4 16). Defendant Stephen Coppock was served on July 18, 2017 and his answer was due by August
5 8, 2017. (ECF No. 23).

6 August 8, 2017, came and passed and Stephen Coppock failed to file an answer to the
7 complaint. To date, defendant Coppock has still not filed an answer to the complaint or otherwise
8 appeared in this action. Accordingly, pursuant to Federal Rule of Civil Procedure 55(a), the clerk
9 will enter default against defendant Coppock.

10 Accordingly,

11 IT IS HEREBY ORDERED that Magistrate Judge Koppe's report and recommendation
12 (ECF No. 17) be, and the same hereby is, ADOPTED in part and REJECTED in part, consistent
13 with the foregoing.

14 IT IS FURTHER ORDERED that all defendants except for Stephen Coppock be, and the
15 same hereby are, dismissed without prejudice.

16 IT IS FURTHER ORDERED that plaintiff's motion for entry of clerk's default (ECF No.
17 26) be, and the same hereby is, GRANTED in part and DENIED in part as follows: the clerk will
18 enter default against only defendant Stephen Coppock, but not any other defendant.

19 DATED November 15, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -