# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

ME2 PRODUCTIONS, INC.,

    Plaintiff,

vs.

STEPHEN COPPOCK,

    Defendant.

Case No.: 2:17-cv-00676-JCM (NJK)

**DEFAULT JUDGMENT**

This matter comes before the Court upon motion made by ME2 PRODUCTIONS, INC. ("Plaintiff") for default judgment against defendant STEPHEN COPPOCK for failure to answer or otherwise defend against the Plaintiff's First Amended Complaint. This Court, having considered the motion, Plaintiff's memorandum of law in support of its motion, and the supporting Declaration of Attorney Charles C. Rainey, Esq., with accompanying exhibits, together with the pleadings, records, and papers filed herein, concludes that the motion should be GRANTED in part and DENIED in part and enters the following JUDGMENT:

The Clerk of the Court, noting the failure of Defendant STEPHEN COPPOCK to Answer or otherwise respond to the Plaintiff's Complaint or First Amended Complaint, as on file herein, has issued and entered into the record Default against the foregoing Defendant [ECF No. 28].

Defendant STEPHEN COPPOCK willfully infringed Plaintiff's rights in violation of 17 U.S.C. §§ 101 *et seq*.

The conduct of Defendant STEPHEN COPPOCK was willful, intentional, and in disregard of and indifferent to Plaintiff's rights, and such conduct caused harm to Plaintiff and deprived Plaintiff of income.

Upon this record, the Court adjudges and decrees as follows:

1. The Court hereby **AWARDS** statutory damages to the Plaintiff against Defendant STEPHEN COPPOCK, in the amount of $1,500.00 pursuant to 17 U.S.C. § 504.

2. The Court further **AWARDS** to the Plaintiff against Defendant STEPHEN COPPOCK, fees and costs, including reasonable attorneys' fees, in the amount of $3,855.00 pursuant to 17 U.S.C. § 505.

**IT IS SO ORDERED AND ADJUDGED.**

DATED May 4, 2018.

By: _____
UNITED STATES DISTRICT JUDGE